**B18WJ** (12/03)

# United States Bankruptcy Court

Middle District of Alabama
**Case No. 10–31977**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Perry Lee Lundy | Felecia W Lundy |
| 2529 Grandview Rd | 2529 Grandview Rd |
| Millbrook, AL 36054 | Millbrook, AL 36054 |

Social Security No.:
  xxx–xx–3065                                           xxx–xx–9249

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under § 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Done this 22nd day of September, 2015.

*[signature]*

Dwight H. Williams Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to § 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Debts that are in the nature of alimony, maintenance, or support;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts provided for under § 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and

f. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
Middle District of Alabama
In re:                                                                  Case No. 10-31977-DHW
Perry Lee Lundy                                                         Chapter 13
Felecia W Lundy
        Debtors              CERTIFICATE OF NOTICE
District/off: 1127-2          User: rking               Page 1 of 3              Date Rcvd: Sep 22, 2015
                              Form ID: B18WJ            Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2015.
db/jdb       +Perry Lee Lundy,    Felecia W Lundy,    2529 Grandview Rd,    Millbrook, AL 36054-3001
aty          +Alane A. Becket,    Becket & Lee LLP,    16 General Warren Blvd,    Malvern, PA 19355-1245
aty          +Enslen Crowe,    Sirote and Permutt,    2311 Highland Ave South,    Birmingham, AL 35205-2972
aty          +Goodman G. Ledyard,    Pierce Ledyard, PC,    PO Box 161389,    Mobile, AL 36616-2389
aty          +Hilary B. Bonial,    National Bankruptcy Services, LLC,    P.O Box 9013,    Addison, Tx 75001-9013
aty          +Leonard N. Math,    Chambless & Math,    P.O. Box 230759,    Montgomery, AL 36123-0759
aty          +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
aty          +Whitney Groff,    Aldridge Connors, LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
cr           +Midland Credit Management, Inc,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
cr           +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
2155647       7TH AVENUE,    1112 7TH AVE,    Monroe, WI 53566-1364
2155650       BAPTIST,    C/O CHAMBLESS & MATH,    P O BOX 230759,    Montgomery, AL 36123-0759
2155654       CitiFinaancial Auto,    P O Box 183036,    Columbus, OH 43218-3036
2169983       CitiFinancial Consumer, LLC,    P.O. Box 140489,    Irving, TX 75014-0489
2155644       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2155646       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2155657       GMAC,    P.O. BOX 98014,    INGLEWOOD, CA 90398
2155659      +LNVFUNDG,    P.O.Box 10584,    Greenville, SC 29603-0584
2155662       MIDLAND,    2364 Northside Drive, Suite 300,    San Diego, CA  92108
2163320       Midland Credit Management, Inc.,    2364 Northside Drive, Suite 300,    San Diego, CA  92108
2155663      +PINNACLE,    PO BOX 640,    Hopkins, MN 55343-0640
2249300      +PRATTVILLE MEDICAL CLINIC,    c/o HOLLOWAY CREDIT SOLUTIONS,    PO BOX 230609,
               MONTGOMERY, AL 36123-0609
3016052      +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 200,    Moorpark, CA 93021-2602
2359044      +Price & Truelove Orthodontics. PC,    4164 Carmichael Road,    Montgomery, AL 36106-3600
2359043      +Scarborough & Griggs, LLC,    PO Box 780789,    Tallassee, AL 36078-0019
2233729      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
2155666      +TEACHERS CREDIT UNION,    400 ARBA STREET,    Montgomery, AL 36104-5106
2161067      +THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, BF,    c/o MARK N. CHAMBLESS,
               5720 CARMICHAEL ROAD,    MONTGOMERY AL 36117-2312
2155645      +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
2167926       TRI-RIVERS FEDERAL CREDIT UNION,    400 ARBA STREET,    MONTGOMERY, AL 36104-5106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bncmail@w-legal.com Sep 22 2015 21:08:49     Daniel A Ross,
               Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
tr            +E-mail/Text: ch13montgomery@ch13mdal.com Sep 22 2015 21:09:14     Curtis C. Reding,
               P. O. Box 173,    Montgomery, AL 36101-0173
cr            +EDI: BANKAMER.COM Sep 22 2015 20:53:00     BAC Home Loans Servicing, L.P. f/k/a Countrywide H,
               2380 Performance Drive,    Richardson, TX 75082-4333
cr            +EDI: BANKAMER.COM Sep 22 2015 20:53:00     Bank of America, N.A., successor by merger to BAC,
               2380 Performance Dr. Bldg C Mail Stop: R,    Richardson, TX 75082-4333
cr            +EDI: PRA.COM Sep 22 2015 20:53:00     PRA Receivables Management LLC,    POB 41067,
               Norfolk, VA 23541-1067
2190424        EDI: HNDA.COM Sep 22 2015 20:53:00     American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
2359041        EDI: HNDA.COM Sep 22 2015 20:53:00     American Honda Finance Corporation,    PO Box 168088,
               Irving, TX  75016-8088
2191920       +EDI: BANKAMER.COM Sep 22 2015 20:53:00     BAC Home Loans Servicing, L.P. f/k/a Countrywide,
               Mail Stop TX2-982-03-03,    7105 Corporate Drive,    Plano, TX 75024-4100
2359042       +EDI: BANKAMER.COM Sep 22 2015 20:53:00     BAC Home Loans Servicing, LP,
               Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
2155648       +EDI: BANKAMER.COM Sep 22 2015 20:53:00     BANK OF AMERICA,    1825 E. BUCKEYE ROAD, #2723,
               PHOENIX, AZ 85034-4216
2155651       +EDI: HFC.COM Sep 22 2015 20:53:00     BENFCL/HFC,    961 WEIGEL DRIVE,    Elmhurst, IL 60126-1058
2155649        EDI: BANKAMER.COM Sep 22 2015 20:53:00     Bank of America,    P.O. Box 1038,
               Norfolk, VA 23501-1038
2155653        EDI: CAPITALONE.COM Sep 22 2015 20:53:00     CAPITAL ONE,    PO BOX 5155,
               ATTN; BANKRUPTCY CORRESPONDENCE,    Norcross, GA 30091
2204294        EDI: CAPITALONE.COM Sep 22 2015 20:53:00     Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
2185789        EDI: DISCOVER.COM Sep 22 2015 20:53:00     Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH  43054-3025
2494773       +EDI: RESURGENT.COM Sep 22 2015 20:53:00     East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
2201810       +EDI: BANKAMER.COM Sep 22 2015 20:53:00     Fia Card Services, NA As Successor In Interest to,
               Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
2155656       +EDI: RMSC.COM Sep 22 2015 20:53:00     GEMB/SAM,    PO BOX 981400,    El Paso, TX 79998-1400
2170081       +EDI: GMACFS.COM Sep 22 2015 20:53:00     GMAC,    PO Box 130424,    Roseville, MN 55113-0004
2155658       +EDI: HFC.COM Sep 22 2015 20:53:00     HFC,    P O BOX 17574,    Baltimore, MD 21297-1574
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
2159293        +EDI: HFC.COM Sep 22 2015 20:53:00      HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd,
                 Brandon, FL 33510-3942
2243977         EDI: RESURGENT.COM Sep 22 2015 20:53:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
2155660        +EDI: RESURGENT.COM Sep 22 2015 20:53:00      LVNVFUNDG,    PO BOX 10584,
                 Greenville, SC 29603-0584
2155661        +EDI: MERRICKBANK.COM Sep 22 2015 20:53:00      MERRICK,    10705 S JORDAN GTWY, STE 200,
                 South Jordan, UT 84095-3977
2162546         EDI: MERRICKBANK.COM Sep 22 2015 20:53:00      Merrick Bank,    c/o Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
2234794         EDI: PRA.COM Sep 22 2015 20:53:00      Portfolio Recovery Associates, LLC.,    P.O. Box 41067,
                 Norfolk, VA 23541
2196420        +EDI: PRA.COM Sep 22 2015 20:53:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,    Norfolk VA 23541-0914
2184584         EDI: RESURGENT.COM Sep 22 2015 20:53:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
2155664        +EDI: WTRRNBANK.COM Sep 22 2015 20:53:00      TARGET,    P. O. BOX 1296,
                 MINNEAPOLIS, MN 55440-1296
2161236        +E-mail/Text: bncmail@w-legal.com Sep 22 2015 21:08:49      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
2155665         EDI: WTRRNBANK.COM Sep 22 2015 20:53:00      TARGET NB,    MAIL STOP 2BD,    PO BOX 9475,
                 Minneapolis, MN 55440-9475
2812746        +E-mail/Text: bncmail@w-legal.com Sep 22 2015 21:08:49      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
2155667        +EDI: WFFC.COM Sep 22 2015 20:53:00      WELLS FARGO,    301 E 58TH ST N,
                 Sioux Falls, SD 57104-0422
2155668         EDI: WFNNB.COM Sep 22 2015 20:53:00      WFFNB/LB,    PO BOX 182121,    Columbus, OH 43218-2121
2172065        +EDI: WFFC.COM Sep 22 2015 20:53:00      Wells Fargo Financial Alabama, Inc.,    4137 121st Street,
                 Urbandale, IA 50323-2310
2227857         EDI: ECAST.COM Sep 22 2015 20:53:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                                TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2155652         Bulldog Cable
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd,    Brandon, FL 33510-3942
cr*            +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*             eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
2812747*       +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
2155655        ##+GARY S. OLSHAN, ESQ.,    PO BOX 131145,    Birmingham, AL 35213-6145
                                                                                         TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2015 at the address(es) listed below:
```
              Alane A. Becket    on behalf of Creditor    eCAST Settlement Corporation notices@becket-lee.com
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Daniel A Ross    on behalf of Creditor    TD Bank USA, N.A. danielr@w-legal.com,
               advnotices@w-legal.com
              Enslen  Crowe    on behalf of Creditor    HSBC Mortgage Services, Inc. bankruptcy@sirote.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Goodman G. Ledyard   on behalf of Creditor   BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P. gledyard@pierceledyard.com, sbrownlee@pierceledyard.com

          Hilary B. Bonial   on behalf of Creditor   HSBC Mortgage Services, Inc. notice@bkcylaw.com

          Leonard N. Math   on behalf of Creditor   TRI-RIVERS FEDERAL CREDIT UNION fka MONTGOMERY TEACHERS FEDERAL CREDIT UNION noticesmd@chambless-math.com

          Richard D. Shinbaum   on behalf of Joint Debtor Felecia W Lundy rshinbaum@smclegal.com, smclegalecf@gmail.com

          Richard D. Shinbaum   on behalf of Debtor Perry Lee Lundy rshinbaum@smclegal.com, smclegalecf@gmail.com

                                                                                                   TOTAL: 10